# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Dustin and Sara Ceynar, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Oasis Petroleum North America, LLC, | ) | Case No. 4:14-cv-078 |
| | ) | |
| Defendant. | ) | |

Defendant's Motion for an Order to Compel Discovery (Docket No. 21) and Motion for Hearing (Docket No. 22) are **DENIED** without prejudice for failure to comply with the court's August 5, 2014, order regarding resolution of discovery disputes, see Docket No. 10, and D.N.D. Civ. L.R. 37.1(B).

**IT IS SO ORDERED.**

Dated this 4th day of March, 2015.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court