# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Dustin and Sara Ceynar, | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| Oasis Petroleum North America, LLC, | ) Case No. 4:14-cv-078 |
| Defendant. | ) |

Before the court is a "Stipulation for Dismissal" filed by the parties on December 1, 2015. The court **ADOPTS** the parties' stipulation (Docket No. 55) and **DISMISSES** the above-captioned action with prejudice and without costs or disbursements to any of the parties.

**IT IS SO ORDERED.**

Dated this 2nd day of December, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court